428 A.2d 272

Commonwealth v. Johnston, Appellant.

* Judge Vincent A. Cirillo of the Court of Common Pleas, Montgomery County, Pennsylvania, is sitting by designation.

624

 Submitted April 16, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.